Jonathan A. Stieglitz, Esq. (278028)
(SBN 278028)
jonathan.a.stieglitz@gmail.com
THE LAW OFFICES OF
JONATHAN A. STIEGLITZ
11845 W. Olympic Blvd., Suite 800
Los Angeles, California 90064
Telephone: (323) 979-2063
Facsimile: (323) 488-6748

Attorney for Plaintiff
ANJELICA DUNN

Gary Lorch (119989)
glorch@gordonrees.com
Connie K. Chang (280377)
cchang@gordonrees.com
GORDON & REES LLP
633 W. 5th St., 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendant
NORTHSTAR LOCATION SERVICES, LLC

JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ANJELICA DUNN,<br><br>              Plaintiff,<br><br>-against-<br><br>NORTHSTAR LOCATION SERVICES, LLC,<br><br>              Defendant. | Case No.: 2:17-cv-2590-RGK-AFM<br><br>**The Hon. R. Gary Klausner**<br><br>~~PROPOSED~~ **ORDER FOR CASE DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: 4/4/17<br>Answer Filed: 7/6/17 |

1  IT IS HEREBY ORDERED that, pursuant to the parties' Joint Stipulation
2  for Dismissal With Prejudice, this matter is dismissed in its entirety with prejudice
3
4  pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party to bear her
5  or its own attorneys' fees, costs and expenses.
6
7  SEP 1 5 2017
8  DATE: _____     _____
                                   HON. R. GARY KLAUSNER
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1141511/34859540v.1